NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEONCIO MARTINTEJAS,   )
   )
   Appellant,   )
   )
v.   )   Case No. 2D18-3931
   )
STATE OF FLORIDA,   )
   )
   Appellee.   )
_____ )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for
Hillsborough County; Nick Nazaretian,
Judge.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

      Affirmed.

NORTHCUTT, SILBERMAN, and LaROSE, JJ., Concur.